THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>ERIK MERCADO,<br><br>     Defendant. | Case No. CR14-082-RSL<br><br>[PROPOSED] ORDER GRANTING LEAVE TO WITHDRAW AND DIRECTING APPOINTMENT OF NEW COUNSEL |

  This matter having come before the Court upon the motion of Kevin A. Peck asking the Court to grant him leave to withdraw as counsel in this matter and for an Order directing the appointment of new counsel, and the Court having considered the motion and declaration of Kevin A. Peck in support of the Motion, and the Court otherwise being fully informed in this matter, the Court finds that good cause exists for withdrawal of counsel, now therefore,

  IT IS HEREBY ORDERED that Kevin A. Peck is granted leave to withdraw as counsel for Mr. Erik Mercado in this matter. IT IS FURTHER ORDERED that new counsel be appointed to represent Mr. Erik Mercado.

  DATED this 26th day of November 2019.

_____
The Honorable Robert S. Lasnik

[PROPOSED] ORDER GRANTING LEAVE TO WITHDRAW AND
DIRECTING APPOINTMENT OF NEW COUNSEL - 1
Case No. CR14-082-RSL

THE PECK LAW FIRM, PLLC
1423 WESTERN AVENUE
SEATTLE, WASHINGTON 98101-2021
(206) 382-2900
FAX: (206) 382-2128

Presented by:
THE PECK LAW FIRM, PLLC

*s/ Kevin A. Peck*
Kevin A. Peck, WSBA #12995
Attorney for Defendant, Mr. Erik Mercado
The Peck Law Firm, PLLC
1423 Western Avenue
Seattle, WA 98101-2021
Telephone: (206) 382-2900
Fax: (206) 382-2128
E-mail: kpeck@thepecklawfirm.com

[PROPOSED] ORDER GRANTING LEAVE TO WITHDRAW AND
DIRECTING APPOINTMENT OF NEW COUNSEL - 2
Case No. CR14-082-RSL

THE PECK LAW FIRM, PLLC
1423 WESTERN AVENUE
SEATTLE, WASHINGTON 98101-2021
(206) 382-2900
FAX: (206) 382-2128