# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. CR14-82RSL |
| vs. | |
| ERIK MERCADO, | MINUTE ORDER |
| Defendant. | |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

The supervised release hearing for the above named defendant has been rescheduled from Friday, December 6, 2019 to **Thursday, December 19, 2019 at 9:30 a.m.** in room 15106 before the Honorable Robert S. Lasnik, United States District Court Judge.

DATED this 27th day of December, 2019.

*s/Michael Williams for*
Kerry Simonds, Deputy Clerk
To Robert S. Lasnik, Judge
206-370-8519

MINUTE ORDER