Hon. Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. CR-14-082-RSL |
| Plaintiff, | |
| v. | ORDER GRANTING LEAVE TO WITHDRAW AND DIRECTING APPOINTMENT OF NEW COUNSEL |
| ERIK MERCADO, | |
| Defendant. | |

This matter having come before the Court upon the motion of Kimberly N. Gordon asking the Court to grant her leave to withdraw as counsel in this matter and for an Order directing the appointment of new counsel, and the Court having considered the motion and declaration of Kimberly N. Gordon in support of the Motion, and the Court otherwise being fully informed in this matter, the Court finds that good cause exists for withdrawal of counsel, now therefore,

IT IS HEREBY ORDERED that the motion is GRANTED. Accordingly, Kimberly N. Gordon is permitted to withdraw as counsel for Mr. Erik Mercado in this matter. IT IS FURTHER ORDERED that new counsel be appointed to represent Mr. Erik Mercado.

ORDERED this __5th__ day of February, 2021.

*/s/ Robert S. Lasnik*
The Honorable Robert S. Lasnik

ORDER GRANTING LEAVE TO
WITHDRAW AND DIRECTING
APPOINTMENT OF NEW COUNSEL - 1

gordon & saunders
1000 2nd Avenue, Suite 3140
Seattle, Washington 98104
Tel. 206.743.8729/ Fax. 206.267.0349

| | |
|---|---|
| 1 | |
| 2 | Presented by: |
| 3 | GORDON & SAUNDERS, PLLC |
| 4 | |
| 5 | *s/Kimberly N. Gordon*<br>KIMBERLY N. GORDON, WSBA #25401 |
| 6 | 1000 2nd Avenue, Suite 3140<br>Seattle, WA 98104 |
| 7 | Telephone: (206) 340-6034<br>Fax: (206) 682-3746 |
| 8 | Email: kim@gordonandsaunders.com |

ORDER GRANTING LEAVE TO
WITHDRAW AND DIRECTING
APPOINTMENT OF NEW COUNSEL - 2

**gordon & saunders**
1000 2nd Avenue, Suite 3140
Seattle, Washington 98104
Tel. 206.743.8729 / Fax. 206.267.0349